# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

In re:   OBBIE BRITT JR                                                                                              Chapter 13
         MILDRED DIANE BRITT                                                                               Case No.: 05-52602-FJS

         Debtors

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| (Debtor(s) or Creditor(s) name and address) | (Amount of dividend) |
|---|---|
| CHECK N GO OF VIRGINIA INC<br>ATTN ARG BANKRUPTCY<br>5155 FINANCIAL WAY<br>MASON, OH 45040 | $37.76 |

Date: November 16, 2010                                    /s/ Michael P. Cotter
                                                                          _____
                                                                          Michael P. Cotter
                                                                          Chapter 13 Standing Trustee
                                                                          870 Greenbrier Circle, Suite 402
                                                                          Chesapeake, VA  23320
                                                                          (757) 961-3000